# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **EVERRET LEE MAUPIN and BILL MAUPIN,** Plaintiffs, v. **ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA,** Defendant. | Civil Action: 7:08-CV-138 (HL) |

## ORDER

This case came before the Court on July 26, 2010 for oral argument on Plaintiff's Motion for Partial Summary Judgment (Doc. 20) and Defendant's Motion for Summary Judgment (Doc. 22). Part of the Court's questioning concerned the relationship between Defendant and Roy Daniel Murphy, the insurance agent who assisted Juanita Maupin in obtaining the insurance policy at issue in the case. The Court orders Defendant to file a copy of any agreement or contract dated from 2005 until present between Defendant and Murphy or Defendant and Old World Financial, or any other document concerning the relationship between Defendant and Murphy or Defendant and Old World Financial created during that time period. These documents should be filed with the Court no later than July 30, 2010.

**SO ORDERED**, this the 27th day of July, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh